UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 01088
    SAMUEL L HARVILEY
    TANYA HARVILEY                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX
        Debtor
    SSN XXX-XX-3675     SSN XXX-XX-4650

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 01/13/2005 and was confirmed 03/21/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 07/09/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 12909.63 | .00 | 6543.46 |
| SCHOTTLER & ZUKOSKY | PRIORITY | NOT FILED | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| AOL | UNSECURED | NOT FILED | .00 | .00 |
| ATLANTIC LOAN COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| ATLANTIC LOAN COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 546.13 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 254.44 | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| ACCESS RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| LEASE COMM | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| MUSCLE & FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| NEW MILLENNIUM TELECOMMU | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1393.81 | .00 | .00 |
| NORTH SHORE AGENCY INC | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| PENNCRO ASSOCIATES INC | UNSECURED | NOT FILED | .00 | .00 |
| SUNRISE CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 8501.12 | .00 | .00 |
| CITIMORTGAGE INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| MRC RECIEVABLE CORP | UNSECURED | 897.55 | .00 | .00 |
| SCHOTTLER & ZUKOSKY | DEBTOR ATTY | 3,395.00 | | 3,395.00 |
| TOM VAUGHN | TRUSTEE | | | 561.54 |
| DEBTOR REFUND | REFUND | | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 01088 SAMUEL L HARVILEY & TANYA HARVILEY

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
                                 RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

TRUSTEE                        10,500.00

PRIORITY                                                      .00
SECURED                                                  6,543.46
UNSECURED                                                     .00
ADMINISTRATIVE                                           3,395.00
TRUSTEE COMPENSATION                                       561.54
DEBTOR REFUND                                                 .00
                              ---------------      ---------------
TOTALS                         10,500.00             10,500.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/18/07            _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE